AO 440 (Rev. 8/01) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

| Eastern | District of | Virginia |
|---|---|---|

2008 NOV -3  A 9: 14

TPI HOLDINGS, INC., and DOMINION
ENTERPRISES,

CLERK US DISTRICT COURT

**SUMMONS IN A CIVIL ACTION**

V.

RICHARD GOLDSTON individually and dba
AMERICAN TECHNICAL SERVICE.

CASE NUMBER: *1:08CV1073*

TO: (Name and address of Defendant)

Mr. Richard Goldston, individually and dba American Technical Service
603 Broad Street
Beaufort, NC 28516

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel H. Marti, Esq.
Kilpatrick Stockton, LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

| Fernando Galindo, Clerk | October 15, 2008 |
|---|---|
| CLERK | DATE |

Tina L. Fitzgerald
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/20/08 |
| NAME OF SERVER *(PRINT)*  Chester O Gayhart | TITLE | Process Server   #328 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:

   **603 Board Street**
   **Beaufort NC   28516**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-20-08
               Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

* Civil Cover Sheet, Plaintiffs' Financial interest Disclosure Statement and Exhibits- A-M

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.